Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com
law@ericslocumsparkspc.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARTHUR BENJAMIN TELLEZ and<br>STELLA D TELLEZ,<br><br>Debtor. | No. 4:14-bk-00651-EWH<br><br>(Chapter 11)<br><br>NOTICE OF ORDER SETTING THE<br>TIME WITHIN WHICH TO FILE<br>PROOF OF CLAIM AND/OR<br>PROOF OF INTEREST |

NOTICE IS HEREBY GIVEN pursuant to Bankruptcy Rule 2002(a)(8) and Bankruptcy Rule 3003(c) that the Court has fixed the time within which proofs of claim or interest may be filed in the above referenced matter.

Notice is given that **Tuesday, April 15, 2014** is fixed as the last day for filing proofs of claim and proofs of interest in this case.

A copy of the Order granting the motion filed by the Debtors requesting an order fixing the time within which creditors must file proofs of claim and holders of interest must file proofs of interest is attached hereto.

The Debtors have filed a list of creditors and equity security holders pursuant to Rule 1007. Any creditor holding a listed claim which is not listed as disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their Proofs of Claim on or before **Tuesday, April 15, 2014** which date is fixed as the last day for filing a proof of claim. Any creditor who desires to rely on the list has the responsibility for determining that the claim is accurately listed.

A claim may be filed in the Office of the Clerk of the United States Bankruptcy Court on an

official form prescribed for a proof of claim.

DATED: February 5, 2014.

LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtors

COPIES of the foregoing
mailed/delivered/faxed
February 5, 2014 to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

All parties in interest and
creditors listed on the
master mailing matrix

/s/ A. Court-Sanchez

ORDERED.

Dated: January 31, 2014



*(signature)*
Eileen W. Hollowell, Bankruptcy Judge

```
 1  Eric Slocum Sparks
    Arizona State Bar No. 11726
 2  LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
    110 South Church Avenue #2270
 3  Tucson, Arizona  85701
    Telephone (520) 623-8330
 4  Facsimile (520) 623-9157
    eric@ericslocumsparkspc.com
 5  law@ericslocumsparkspc.com

 6  Attorney for Debtor
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

ARTHUR BENJAMIN TELLEZ and
STELLA D TELLEZ,

No. 4:14-bk-00651-EWH

(Chapter 11)

Debtor.

ORDER SETTING THE TIME WITHIN WHICH TO FILE PROOFS OF CLAIM AND/OR PROOFS OF INTEREST

The above-named Debtors having filed their Motion to fix the time within which creditors and holders of interest may file proofs of claim and proofs of interest and good cause appearing,

IT IS HEREBY ORDERED that any creditor or interest holder holding a claim or interest that is listed in the Debtor's Schedules as undisputed, and not contingent or unliquidated as to the amount, may, but need not, file a proof of claim or proof of interest in the above-captioned case:

IT IS FURTHER ORDERED that any creditor or interest holder who holds or asserts a claim or interest that is not listed in the Debtor's Schedules as disputed, contingent, or unliquidated, and who wants to participate in voting on any Plan of Reorganization in the above-captioned case or to share in any distribution of from the Debtor's estate, shall file with the United States Bankruptcy Court, 38 South Scott Avenue, Tucson, Arizona 85701, on or before **April 15th, 2014** a proof of claim or proof of interest, which date is hereby fixed as the last day for filing proofs of claim and proofs of interest in this case.

IT IS FURTHER ORDERED that any creditor or interest holder who is not listed on the Debtor's Schedules as undisputed, non-contingent, and liquidated, and who does not file a proof of claim or proof

1

of interest by **April 15th, 2014** shall be barred from receiving any distribution from the Debtors' estate and from voting on any Plan of Reorganization in this case.

IT IS FURTHER ORDERED that any creditor or interest holder who wants to rely on the lists of creditors and holders of equity interests filed by the Debtors in their Schedules in the above-captioned case has the responsibility for determining that such creditor or interest holder is accurately listed.

IT IS FURTHER ORDERED that the Debtors shall send notice of the entry of this Order and a copy of this Order to all creditors and other parties in the above-captioned case within 15 days of the entry of this Order.

DATED SIGNED AND ORDERED ABOVE